UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **26-2056**


Johnson v. Pennsylvania Department of Corrections


To:   Clerk


1)   Appellee Aquil Johnson's "Supplemental Motion for Summary Action," received on June 12, 2026

---

Appellee Aquil Johnson filed a motion for summary action in May, which was opposed and denied by the Court on June 16, 2026. His "supplemental" motion was docketed after the Court's order. No further action will be taken on it. Motions are expected to be complete and contain all necessary information and arguments when they are filed. *See* Fed. R. App. P. 27(a)(2)(A), (a)(2)(B)(i), & (a)(2)(C)(i); 3d Cir. I.O.P. 10.2.3. If the appellant disagrees with the Court's June 16 order or believes there are new grounds for seeking summary action or any other relief, this order does not prevent him from filing a new motion in this Court.


For the Court,

s/ Patricia S. Dodszuweit
Clerk


Dated: June 25, 2026
Sb/cc: Aquil Johnson
         All Counsel of REcord