## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| **AQUIL JOHNSON,**<br>    **PLAINTIFF-APPELLEE,**<br><br><br>**v.**<br><br><br>**DR. RICHARD ELLERS,** *et al.*,<br>    **DEFENDANTS-APPELLANTS** | **No. 26-2056** |

### RESPONSE TO JUNE 16, 2026 ORDER

Pursuant to this Court's June 16, 2026 Order, ECF No. 14, Appellants Ellers and Tejeda advise the Court that, on June 17, 2026, Ellers filed a Post-Trial Motion in the District Court that asked the District Court to enter judgment in Ellers's favor as a matter of law; to rule that Ellers is entitled to qualified immunity; or, in the alternative, to grant Ellers a new trial or order a remittitur of the damages award. *See* Dist. Ct. Dkt. No. 335.

As requested in Appellants' Motion to Stay Briefing, ECF No. 8, this Court should continue to stay briefing in this matter until that Post-Trial Motion is resolved.

Respectfully submitted,

David W. Sunday, Jr.
Attorney General

By:    */s/ Jacob Frasch*

JACOB FRASCH
Senior Deputy Attorney General
Bar No. 328362

DANIEL B. MULLEN
Chief Deputy Attorney General
Chief, Appellate Litigation Section

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
jfrasch@attorneygeneral.gov

DATE:  July 14, 2026

## CERTIFICATE OF SERVICE

I, Jacob Frasch, Senior Deputy Attorney General, do hereby certify that I have this day, July 14, 2026, served the foregoing *Response to June 16, 2026 Order* via First Class Mail to the following:

Smart Communications/ PADOC
Aquil Johnson, JS-6478
SCI Frackville
PO Box 33028
St. Petersburg, FL 33733

*/s/ Jacob Frasch*

JACOB FRASCH
Senior Deputy Attorney General

DATE: July 14, 2026