UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. <u>26-2056</u>

Johnson v. Pennsylvania Department of Corrections

To:     Clerk

1)      Appellants' Response to June 16, 2026 Court Order

_____

On June 16, 2026, this Court stayed briefing and ordered the parties to advise of the filing of any post-decision motions.  Appellants advised that Appellant Ellers filed a post-trial motion on June 17, 2026.  The parties are directed to file written reports addressing the status of the pending motion on August 17, 2026 and every thirty (30) days thereafter until the motion is decided.  Briefing remains stayed pending the disposition of the motion.  The Court will issue a briefing schedule at the appropriate time.

For the Court,

<u>s/ Patricia S. Dodszuweit</u>
Clerk

Dated:  August 11, 2026
Sb/cc: All Counsel of Record