**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

| | |
|---|---|
| **AQUIL JOHNSON,**<br>**PLAINTIFF-APPELLEE,**<br><br>**v.**<br><br>**DR. RICHARD ELLERS, *et al.*,**<br>**DEFENDANTS-APPELLANTS** | **No. 26-2056** |

## RESPONSE TO AUGUST 11, 2026 ORDER

Pursuant to this Court's August 11, 2026 Order, ECF No. 19, Appellants Ellers and Tejeda advise the Court that the District Court has not yet ruled on Ellers's post-trial motion, Dist. Ct. Dkt. No. 335. So this Court should continue to stay briefing in this matter.

Respectfully submitted,

DAVID W. SUNDAY, JR.
Attorney General

By: /s/ Jacob Frasch
Jacob Frasch
Senior Deputy Attorney General
Attorney ID PA No. 328362

Daniel B. Mullen
Chief Deputy Attorney General
Civil, Appellate Litigation Section

Counsel for Appellants

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 580-7897
jfrasch@attorneygeneral.gov

Date: August 17, 2026

**CERTIFICATE OF SERVICE**

I certify that, on August 17, 2026, I have caused the foregoing *Response to August 11, 2026 Order* to be served via First Class Mail on the following:

Smart Communications/ PADOC
Aquil Johnson, JS-6478
SCI Frackville
PO Box 33028
St. Petersburg, FL 33733

*/s/ Jacob Frasch*

JACOB FRASCH
Senior Deputy Attorney General

DATE: August 17, 2026